## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TAS ENGERY INC.,

    Plaintiff,

v.                                              Case No: 8:14-cv-3145-T-30MAP

STELLAR ENERGY AMERICAS, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Seal (1) Affidavit of JT Grumke and Exhibits Containing Financial Information; (2) Affidavit of Huw Pierce (Containing Bid-Related Information of Duke Energy; (3) Affidavit of Tom Pierson Referring to Bid-related Information); and (4) Portions of Memorandum Reciting Such Information (with Redacted Documents to be Filed in Public Record of Court) (Dkt. #10).   The Defendant does not object to the Motion.

Plaintiff filed a patent infringement case, asserting that Defendant is attempting to infringe on its air chilling system. It intends to file a Motion for Preliminary Injunction. The Motion will include various exhibits and affidavits discussing confidential information.   Plaintiff will file redacted copies of the above-referenced documents in the public record of the Court, thereby disclosing the non-confidential information.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Seal (Dkt. #10) is GRANTED.

2. The Clerk of Court is directed to file the following pleadings in support of Plaintiff's forthcoming Motion for Preliminary Injunction under seal: (1) the Affidavit of JT Grumke and exhibits attached thereto; (2) the Affidavit of Huw Pierce and exhibits attached thereto; (3) the Affidavit of Tom Pierson and exhibits attached thereto; and (4) the Memorandum of Points and Authorities.

3. The aforementioned pleadings shall remain under seal until further order of this Court.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of December, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-3145 seal 10.docx