UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAS ENERGY, INC.,

    Plaintiff,

v.                                                    Case No: 8:14-cv-3145-T-30MAP

STELLAR ENERGY AMERICAS, INC.,
AMEC FOSTER WHEELER
KAMTECH, INC. and DUKE ENERGY
FLORIDA, INC.,

    Defendants.
_____

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #203) and Plaintiff's Objections (Dkt. #211) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #203) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.


2. Plaintiff's Renewed Motion for Preliminary Injunction (Dkt. #107) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of October, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-3145 adopt 203.docx