**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAS ENERGY, INC.,

    Plaintiff,

v.                                          Case No: 8:14-cv-3145-T-30MAP

STELLAR ENERGY AMERICAS, INC.,
AMEC FOSTER WHEELER
KAMTECH, INC. and DUKE ENERGY
FLORIDA, INC.,

    Defendants.

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Stay Pending *Inter Partes* Review ("IPR") (Dkt. 210), Plaintiff's Partial Objection to the Motion (Dkt. 214), and Defendants' Notice of Supplemental Local Rule 3.01(g) Certification (Dkt. 215).

In this patent infringement action, the parties are in substantial agreement that this action should be stayed pending the resolution of three IPR's currently pending before the Patent Trial and Appeal Board—specifically IPR Nos. IPR2015-00882, IPR2015-00886, and IPR2015-01655. Having reviewed the filings and the applicable law, the Court agrees that a stay is appropriate.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Stay Pending *Inter Partes* Review is GRANTED in part.

2. The Clerk is directed to STAY this case pending the resolution of IPR Nos. IPR2015-00882, IPR2015-00886, and IPR2015-01655, including any appeals.

3. The parties shall file a joint report within fourteen (14) days after the conclusion of the *inter partes* review and exhaustion of appeals, informing the Court of the Patent Trial and Appeal Board's decision and, if applicable, requesting the Court to lift the stay.

4. In light of this Order, all pending motions are DENIED as moot. Should any of those motions again become ripe, the parties may re-file.

5. The Clerk is further directed to administratively close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record